**ORIGINAL**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 NOV 20 P 2: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:06CV973-ID |
| v. | ) |
| | ) |
| GLOVIS ALABAMA, LLC and ELLIS ALBRIGHT, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Daniel M. Shea and Chris Enloe move to be admitted pro hac vice to this Court, in order to represent Defendant Glovis Alabama LLC in this case. Mr. Shea and Mr. Enloe have attached certificates of good standing from the United States District Court for the Northern District of Georgia, along with a check for $40 to cover the admission fees.

~Doc# 710437.1~

Respectfully submitted this \_14\_ day of November, 2006.

                                              Nelson Mullins Riley & Scarborough LLP

                                              **Daniel M. Shea**
                                              Georgia Bar No. 638800

                                              **Christopher S. Enloe**
                                              Georgia Bar No. 249155

999 Peachtree Street, N.E.
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 817-6000
Facsimile: (404) 817-6050

**ATTORNEYS FOR DEFENDANT**
**GLOVIS ALABAMA, LLC**

2

~Doc# 710437.1~

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL,<br><br>   Plaintiff,<br><br>v.<br><br>GLOVIS ALABAMA, LLC and ELLIS ALBRIGHT,<br><br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 2:06CV973-ID<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a true and correct copy of the foregoing Motion for Admission pro hac vice was served on Plaintiffs' counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

  Dwayne L. Brown, Esq.
  P.O. Box 230205
  Montgomery, AL 36123-0205

              /s/ Chris Enloe
              Chris Enloe

~Doc# 710437.1~



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CHRISTOPHER S. ENLOE , State Bar No. 249155,** was duly admitted to practice in said Court on August 3, 1998, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of July, 2006.

LUTHER D. THOMAS
CLERK OF COURT



By: _____
Jamee Holland
Deputy Clerk



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **DANIEL M. SHEA, 638800,** was duly admitted to practice in said Court on January 8, 1975 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 15th day of November, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

