IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SUKENIA MARSHALL,** )   )  **Plaintiff,** )   ) v. )   )  **GLOVIS ALABAMA, LLC, et al.,** )   )  **Defendants.** ) | CIVIL ACTION NO. 2:06cv973 -ID |

## ORDER

Upon CONSIDERATION of the motion for admission *pro hac vice* (Doc. No. 6), it is ORDERED that said motion be and the same is hereby GRANTED and that Daniel M. Shea, Esquire, and Chris Enloe, Esquire, are hereby ADMITTED *pro hac vice* as counsel on behalf of Defendant Glovis Alabama LLC.

DONE this 27th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE