# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06CV973-ID ) ) |
| GLOVIS ALABAMA, LLC and ELLIS ALBRIGHT, | ) ) ) ) |
| Defendants. | ) ) |

## RULE 7.1 DISCLOSURE STATEMENT
## OF DEFENDANT GLOVIS ALABAMA, LLC

Defendant Glovis Alabama, LLC ("Glovis" or "Defendant"), pursuant to Fed.R.Civ.P. 7.1, hereby states that its parent company is Glovis Company Ltd., and that Glovis Company Ltd. is publicly traded in South Korea (though not in the U.S..)

Respectfully submitted this 29th day of December, 2006.

Nelson Mullins Riley & Scarborough LLP

_____
**Daniel M. Shea**
Georgia Bar No. 638800
**Christopher S. Enloe**
Georgia Bar No. 249155

999 Peachtree Street, N.E.
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 817-6000
Facsimile: (404) 817-6050

~Doc# 710437.1~

**ATTORNEYS FOR DEFENDANT
GLOVIS ALABAMA, LLC**

~Doc# 710437.1~

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL,  )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOVIS ALABAMA, LLC and ELLIS )<br>ALBRIGHT, )<br>)<br>Defendants. )<br>) | Civil Action No. 2:06CV973-ID |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29th, 2006, a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT GLOVIS ALABAMA, LLC** was served on Plaintiffs' counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

> Dwayne L. Brown, Esq.
> P.O. Box 230205
> Montgomery, AL  36123-0205

_____
Chris Enloe

~Doc# 710437.1~