IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SUKENIA MARSHALL,         )
                         )
       Plaintiff,        )
                         )   CIVIL ACTION NO. 2:06cv973-ID
v.                    )
                         )
GLOVIS ALABAMA, LLC, et al.,  )
                         )
       Defendants.    )

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is CONSIDERED

and ORDERED that Plaintiff, show cause, if any there be, no later than March 12, 2007,

why the court should not dismiss the action without prejudice as to Defendant Ellis

Albright.

DONE this 26th day of February, 2007.

                   /s/ Ira DeMent
                   SENIOR UNITED STATES DISTRICT JUDGE