IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

**SUKENIA MARSHALL,**

    **Plaintiff,**

                                    Civil Action No. 2:06cv973-10

**V**.S.

**GLOVIS ALABAMA, LLC and
ELLIS ALBRIGHT**

    **Defendants.**

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER ISSUED ON FEBRUARY 26, 2007

    Plaintiff has unsuccessfully attempted to serve Defendant Ellis Albright pursuant to the Federal Rules of Civil Procedure. Unfortunately, Plaintiff has been unsuccessful in ascertaining a meaningful address to serve Defendant Ellis Albright. Upon the commencement of discovery, Plaintiff will request that Defendant Glovis produce the last known address for Defendant Albright, and attempt to serve Ellis Albright, and subsequently name him as a party defendant in compliance with this court's anticipated scheduling order.

    In lieu of the foregoing, Plaintiff is unable to show cause why Defendant Albright should not be dismissed without prejudice from the present action.

                                                                     Respectfully Submitted,

                                                                     s/Dwayne L. Brown
                                                                     Dwayne Brown, BRO149
                                                                     Attorney for Plaintiff

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

### Certificate of Service

    I hereby certify that on **March 12, 2007,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Enloe, Esq.**

                                  /s/ Dwayne L. Brown
                                  Of Counsel