**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

March 13, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Sukenia Marshall v. Glovis Alabama, LLC, et al.

Case Number: 2:06-cv-973-ID

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 3/12/2007.**

**Reference is made to document # 24 filed electronically by counsel with an attorney's signature which is not in compliance with the Administrative Procedures for Civil Cases for the Middle District of Alabama.**

**The corrected pdf document is attached to this Notice.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL,          )<br>                            )<br>      Plaintiff,           )<br>                            )    Civil Action No. 2:06CV973-ID<br>v.                          )<br>                            )<br>GLOVIS ALABAMA, LLC and ELLIS )<br>ALBRIGHT,                   )<br>                            )<br>      Defendants.           )<br>_____) | |

### REPORT OF PARTIES' PLANNING MEETING

1.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 9, 2007, and was attended by:

- Dwayne L. Brown for Plaintiff

- Christopher S. Enloe for Defendant Glovis Alabama, LLC (hereafter "Defendant")

2.   **Pre-Discovery Disclosures.** The parties will exchange by March 30, 2007 the information required by Fed. R. Civ. P. 26(a).

3.   **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

- Discovery will be needed on the following subjects: liability and damages.

~Doc# 743879.1~

- Disclosure or discovery of electronically stored information should be handled as follows: The parties anticipate that some discovery of electronically stored information will be requested and will work to resolve any resulting issues.

- The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production as follows: The parties do not anticipate the need for such an order at this time.

- All discovery commenced in time to be completed by August 31, 2007.

- Maximum of 40 interrogatories by each party to any other party.

- Maximum of 40 requests for production by each party to any other party.

- Maximum of 25 requests for admission by each party to any other party.

- Maximum of 8 depositions by Plaintiff and 8 by Defendant.

- Each deposition limited to maximum of 8 hours unless extended by agreement of parties, or after motion filed with and granted by the Court.

- Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by May 31, 2007.

    from Defendant by June 30, 2007.

- Supplementations under Rule 26(e) due as needed, and no later than 40 days before the close of discovery, unless the supplemented information was unavailable or unknown despite due diligence by counsel before the stated deadline.

~Doc# 743879.1~

4. **Other Items.**

- The parties do not request a conference with the court before entry of the scheduling order.

- The parties request a pretrial conference on February 15, 2008.

- Plaintiff should be allowed until May 30, 2007 to join additional parties and until that same date to amend the pleadings.

- Defendant should be allowed until June 30, 2007 to join additional parties and until that same date to amend the pleadings.

- All potentially dispositive motions should be filed by September 20, 2007.

- Settlement cannot be evaluated prior to August 1, 2007.

- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due thirty days before trial, per Rule 26(a)(3)(A). Objections are due as stated in that Rule.

- The case should be ready for trial by March 31, 2008 and at this time is expected to take approximately 2 to 3 days.

~Doc# 743879.1~

Plaintiff's counsel has read this Report, and concurs in it.

Respectfully submitted this 9th day of March, 2007.

|  |  |
| --- | --- |
|  | _____<br>**Dwayne L. Brown**<br>Alabama Bar No. BRO149 |
| P.O. Box 230205<br>Montgomery, AL 36123-0205<br>Telephone: (334) 277-3757<br>Facsimile: (334) 277-3613 |  |
| **ATTORNEYS FOR PLAINTIFF**<br>**SUKENIA MARSHALL** |  |
|  | **Nelson Mullins Riley & Scarborough LLP**<br>_____/s/_____<br>**Daniel M. Shea**<br>Georgia Bar No. 638800<br>**Christopher S. Enloe**<br>Georgia Bar No. 249155<br>Alabama Bar No. ASB7016-L72C |
| 999 Peachtree Street, N.E.<br>Suite 1400<br>Atlanta, Georgia 30309<br>Telephone: (404) 817-6000<br>Facsimile: (404) 817-6050 |  |
| **ATTORNEYS FOR DEFENDANT**<br>**GLOVIS ALABAMA, LLC** |  |

~Doc# 743879.1~