IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

**SUKENIA MARSHALL,**

    **Plaintiff,**

**vs.**                                            Civil Action No. 2:06cv973-ID

**GLOVIS ALABAMA, LLC and
ELLIS ALBRIGHT**

    **Defendants.**

### NOTICE OF APPEARANCE

    **COMES NOW** the undersigned attorney and enters her appearance as Co-counsel of record for the above-named plaintiff. Counsel respectfully requests that all future correspondence be directed to her at the address listed below.

                                                                             Respectfully Submitted,

                                                                             /s/Laura M. Irby
                                                                             Laura M. Irby (IRB010)
                                                                             Co-counsel for Plaintiff

Of Counsel:
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: lirby@dbrownatty.com

### Certificate of Service

    I hereby certify that on **August 24,** 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Enloe, Esq.**

                                                                             /s/ Laura M. Irby
                                                                             Of Counsel