IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

**SUKENIA** MARSHALL,

    **Plaintiff,**

                                          Civil Action No. 2:06cv973-ID

**vs.**

**GLOWS ALABAMA,** LLC and
**ELLIS ALBRIGHT**

    **Defendants.**

## MOTION TO WITHDRAW

    COMES NOW the undersigned attorney and respectfully files this Motion to Withdraw in the above captioned case and in support thereof states:

1. That the undersigned attorney has accepted employment with the State of Alabama and cannot continue in the private practice of law.

                                        Respectfully Submitted,

                                        *A/ Laura M Irby*
                                        Laura M. Irby (IRB010)
                                        Attorney for the Plaintiff

**Of Counsel:**
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: lirby@dbrownatty.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher Enloe, Esq.

                                          *2s/ Laura M Irby*
                                          Of Counsel