IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>)<br>GLOVIS ALABAMA, LLC, )<br>)<br>Defendant. ) | Civil Action No. 2:06cv973-ID |

**ORDER**

Upon CONSIDERATION of the motion to withdraw, filed September 12, 2007 (Doc. No. 17) and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that Laura M. Irby, is hereby permitted to withdraw as counsel for Plaintiff Sukenia Marshall.

DONE this 12th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE