UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06CV973-ID ) ) |
| GLOVIS ALABAMA, LLC, | ) ) |
| Defendants. | ) ) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that all pleadings and correspondence in the above referenced matter should be directed to the undersigned counsel for Glovis Alabama, LLC at the following address effective immediately:

> Daniel M. Shea
> Christopher S. Enloe
> Nelson Mullins Riley & Scarborough, LLP
> 201 17th Street, N.E., Suite 1700
> Atlanta GA 30363
> PH: 404-322-6000
> FX: 404-322-6050

This 30th day of October, 2007.

Nelson Mullins Riley & Scarborough LLP

_____
Christopher S. Enloe
Georgia Bar No. 249155

201 17th Street, N.E., Suite 1700
Atlanta GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
**ATTORNEYS FOR DEFENDANT GLOVIS ALABAMA, LLC**

~Doc# 817969.1~

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:06CV973-ID |
| v. | ) |
| | ) |
| GLOVIS ALABAMA, LLC and ELLIS ALBRIGHT, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was served on Plaintiffs' counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

> Dwayne L. Brown, Esq.
> P.O. Box 230205
> Montgomery, AL 36123-0205

_____
Christopher S. Enloe

~Doc# 817969.1~