IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____DIVISION

SUKENIA MARSHALL
_____

    Plaintiff,

v.                                                                        CASE NO. __2:06CV973-ID__

GLOVIS ALABMA, LLC
_____

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Sukenia Marshall_____a__ Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☐ This party is an individual, or

    ☐ This party is a governmental entity, or

    ☐ There are no entities to be reported, or

    ☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__11/28/2007_____        /s/Dwayne L. Brown____
    Date                              (Signature)

                                 Dwayne L. Brown_____
                                 (Counsel's Name)

                                 Sukenia Marshall, Plaintiff
                                 Counsel for (print names of all parties)
                                 Post Moe Box 230206
                                 Montgomery, AL 36123.0205
                                 Address, City, State Zip Code
                                 (334) 277-3757
                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE__ DIVISION

### CERTIFICATE OF SERVICE

I **Dwayne L. Brown** do hereby Certify that a true and correct copy of the foregoing has been furnished by **Electronic Mail** (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this **28th** day of **November** 2007, to:

**Christopher Enloe, Esq.**

**Daniel Shea, Esq.**


**11/28/2007**                                    /s/Dwayne L. Brown
Date                                                        Signature