IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

**SUKENIA MARSHALL,**

    **Plaintiff,**

vs.                                  **Civil Action No. 2:06cv973-ID**

**GLOVIS ALABAMA, LLC and**
**ELLIS ALBRIGHT**

    **Defendants.**

## PLAINTIFF'S MOTION TO DEFER CONSIDERATION OF DEFENDANT GLOVIS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, Sukenia Marshall, and files her motion to defer the consideration of Defendant Glovis' motion for summary judgment, and in support shows:

1. That on February 12, 2008, Defendant Glovis filed their motion for summary judgment and/or in the alternative motion for partial summary judgment.

2. That on February 12, 2008, this Honorable Court issued an order mandating that Plaintiff submit her response by February 26, 2008.

3. That on November 7, 2007, Plaintiff propounded her first consolidated discovery request upon Defendant Glovis.

4. That on November 30, 2007, Defendant Glovis issued their replies and objections to said requests.

5. That in an effort to resolve their differences outside of Court intervention, the parties have agreed to jointly file a motion for entry of protective order.'

6. That the Plaintiff is still conducting valuable discovery, including but not limited to, the depositions of Ellis Albright, Tim Ellis, and Dave Harris. That Plaintiff has deposed Elizabeth Lindeman, the corporate representative for Defendant Glovis.

7. That pursuant to this Court's scheduling order, the discovery deadline expires on April 28, 2008.

---

   The parties expect said order to be filed in the next day or so. However, the parties continue in their efforts to resolve the remaining discovery dispute, which, if unresolved, will necessitate the filing of a motion to compel.

8. That Plaintiff is presently not ready to fully respond to Defendant's motion for summary judgment.

9. That in further support of this motion, the undersigned attorney has attached an affidavit pursuant to Rule 56(f).

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully moves this Honorable Court to defer the ruling of Defendant Glovis' motion for summary judgment pending the completion of the discovery.

    Respectfully submitted,

    /s/Dwayne L. Brown
    Dwayne L. Brown
    Attorney for Plaintiff

Of Counsel:
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## Certificate of Service

I hereby certify that on **February 14, 2008,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Enloe, Esq.**

    /s/ Dwayne L. Brown
    Of Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

**SUKENIA MARSHALL,**

    **Plaintiff,**

                        **Civil Action No. 2:06cv973-ID**

vs.

**GLOVIS ALABAMA, LLC and
ELLIS ALBRIGHT**

    **Defendants.**

### AFFIDAVIT OF DWAYNE L. BROWN

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| **COUNTY OF MONTGOMERY** | ) |

**BEFORE ME,** the undersigned authority for the State at Large, personally appeared Dwayne L. Brown, who by me being first duly sworn, did and does depose and say the following:

1.

My name is Dwayne L. Brown and I am above the age of nineteen (19) years. I am otherwise competent to give this Declaration.

2.

Plaintiff needs to conduct additional discovery in said case in an effort to efficiently and completely respond to Defendant's motion for summary judgment.

3.

Pursuant to the parties' agreement, Plaintiff is expecting to receive additional discovery, and conduct future depositions in an effort to complete her discovery.

4.

Upon the completion of discovery, Plaintiff will be in a position to meaningful respond to said motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT,

_____
Dwayne L. Brown

Sworn to and Subscribed before me on this 14 day of rel)rUCtry _____ 2008.

_____
No     Public
My Commission Exp.: to _____