IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06cv973-ID |
| v. ) | |
| ) | |
| GLOVIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion to Defer Consideration of Defendant Glovis' Motion for Summary Judgment (Doc. No. 27), filed February 14, 2008, it is ORDERED that Defendant Glovis Alabama, LLC, show cause, if any there be, on or before February 21, 2008, why said Motion should not be granted.

DONE this 15th day of February, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE