IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06cv973-ID |
| v. ) | |
| ) | |
| GLOVIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion to Defer Consideration of Defendant Glovis' Motion for Summary Judgment (Doc. No. 27) and Defendant's Response in Opposition (Doc. No. 29), it is ORDERED that said Motion be and the same is hereby GRANTED to the limited extent that the deadline for Plaintiff to respond to Defendant's pending Motion for Summary Judgment (Doc. No. 23) is hereby EXTENDED to and including March 10, 2008. Defendant may file a reply, if desired, on or before March 17, 2008.[1]

DONE this 26th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Regarding Plaintiff's contention that the discovery deadline does not expire until April 28, 2008, the court directs Plaintiff to the "Frequently Asked Questions" section of the Middle District of Alabama website at www.almd.uscourts.gov, which explains why the Uniform Scheduling Order establishes a dispositive motion deadline prior to the end of the period allowed for discovery.