UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06CV973-ID |
| v. ) | |
| ) | |
| GLOVIS ALABAMA, LLC and ELLIS ) | |
| ALBRIGHT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW Christopher S. Enloe, counsel of record for Defendant GLOVIS ALABAMA LLC ("Glovis") in this case, and hereby notifies the Court as follows:

1. Counsel wishes to withdraw as counsel for the named Defendant in this case.

2. Dan Shea and the firm of Nelson Mullins Riley & Scarborough LLP will continue to represent Glovis in this case.

3. Counsel's withdrawal will not impact any deadlines in this case

Accordingly, Mr. Enloe seeks the Court's leave to withdraw as counsel for Defendant Glovis in this case.

Respecfully submitted this 29th day of February, 2008.

NELSON MULLINS RILEY &
SCARBOROUGH LLP

_____
Christopher S. Enloe
(ENL001)

201 17th Street NW, Suite 1700
Atlanta, GA  30363
Telephone:  404-322-6000
Facsimile: 404-322-6050

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL,            )<br>                              )<br>         Plaintiff,           )<br>                              )  Civil Action No. 2:06CV973-ID<br>   v.                         )<br>                              )<br> GLOVIS ALABAMA, LLC and ELLIS)<br> ALBRIGHT,                    )<br>                              )<br>         Defendants.          )<br>                              ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** was served on Plaintiffs' counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

Dwayne L. Brown, Esq.
P.O. Box 230205
Montgomery, AL  36123-0205

_____
Chris Enloe