IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:06cv973-ID |
| v. | ) |
| | ) |
| GLOVIS ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's Notice of Withdrawal as Counsel, which is construed as a Motion to Withdraw (Doc. No. 31), filed March 3, 2008, it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 4th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE