IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 2:06cv973-ID |
| v. ) | |
| ) | |
| GLOVIS ALABAMA, LLC, ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

The court has been notified that the parties have reached a settlement in the above-styled case. Accordingly, it is CONSIDERED and ORDERED that the parties file a joint stipulation of dismissal on or before March 19, 2008.

It is further CONSIDERED and ORDERED that all pending motions be and the same are hereby DENIED as moot. (See Doc. Nos. 23, 26.)

DONE this 5th day of March, 2008.

                                 /s/ Ira DeMent
                                 SENIOR UNITED STATES DISTRICT JUDGE