UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUKENIA MARSHALL, )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>GLOVIS ALABAMA, LLC and ELLIS )<br>ALBRIGHT, )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 2:06CV973-ID |

RECEIVED
2008 MAR -6 A 10: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Matthew T. Gomes respectfully moves to be admitted pro hac vice to this Court, in order to represent Defendant Glovis Alabama LLC in this case. Mr. Gomes has attached a certificate of good standing from the United States District Court for the Northern District of Georgia, along with a check for $50 to cover the admission fees.

Respectfully submitted this 3rd day of March, 2008.

_____
Matthew T. Gomes
Georgia Bar No. 297453
Attorneys for Glovis Alabama, LLC

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SUKENIA MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06CV973-ID |
| | ) | |
| GLOVIS ALABAMA, LLC and ELLIS ALBRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing MOTION FOR ADMISSION PRO HAC VICE by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

        Dwayne L. Brown, Esq.
        P.O. Box 230205
        Montgomery, AL 36123-0205

This 3rd day of March, 2008.

/s/ Matt T. Go___



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Matthew T. Gomes, State Bar No. 297453** was duly admitted to practice in said Court on March 29, 1999, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of February, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004190
Cashier ID: brobinso
Transaction Date: 03/06/2008
Payer Name: NELSON MULLINS RILEY SCARBOR
--------------------------------------
PRO HAC VICE
 For: MATTHEW T GOMES
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
--------------------------------------
CHECK
 Check/Money Order Num: 570905
 Amt Tendered:  $50.00
--------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:06-CV-973
```