IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUKENIA MARSHALL, | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 2:06cv973-ID |
| v. | ) |
| GLOVIS ALABAMA, LLC, | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion for admission *pro hac vice*, filed March 6, 2008 (Doc. No. 34), it is ORDERED that said motion be and the same is hereby GRANTED and that Matthew T. Gomes, Esquire, is hereby ADMITTED *pro hac vice* as co-counsel on behalf of Defendant.

DONE this 7th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE