UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

SUKENIA MARSHALL,

           Plaintiff, )

v. ) Civil Action No. 2:06CV973-ID

GLOVIS ALABAMA, LLC, )

           Defendants. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Sukenia Marshall and Defendant Glovis Alabama, LLC and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss all claims in this case with prejudice to their refiling, each party to bear his, her or its own costs.

Respectfully submitted this 11 th day of March, 2008.

/s/Dwayne L. Brown
Dwayne L. Brown
Alabama Bar No. BRO149
Attorneys for Plaintiff

P.O. Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613

/s/Daniel M. Shea — with permission
Daniel M. Shea
Georgia Bar No. 638800
Attorneys for Defendant

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050